Exhibit A to the Complaint

**Location:** Trenton, NJ  
**Total Works Infringed:** 41  
**IP Address:** 69.120.72.158  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 903820EE12C1795C326E3BF470531DCCDF121533<br>File Hash:<br>1C9D972B18E396E5DAC1A38B784CC88875866421A15D148B02B4CC8D3F711F1E | 11-11-2023 03:38:46 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 2 | Info Hash: 38CFB6906635D535E5D9C9A14158EE2AE03E1126<br>File Hash:<br>D80BDD2C09FF9461F8E93986E01E17B2329F2ED4EFCC33F92B793859B9F023F5 | 11-11-2023 03:38:15 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 3 | Info Hash: F9F375B641E9E26C7668E746B36B7EE9930986F3<br>File Hash:<br>ED44FB9DE89A6945E41B829196A520BC11B17811C5584740595B008CD7C309D6 | 10-21-2023 19:14:52 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 4 | Info Hash: EF94A8F7E5FA24A13BCFEB5527F183E880FFF8B0<br>File Hash:<br>F14993F4373EA486A6D834329ADE2673F8C5D03DAE57B0794F13FF99A71CC3D3 | 10-14-2023 22:55:17 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 5 | Info Hash: 1075598D7410EE06BA3790F228EED3389F82492D<br>File Hash:<br>354FDDD35D22455C3F06B5FEA197E081A241F9F24B33CC73FCFD5016DCDDE2ED | 10-09-2023 21:48:50 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 6 | Info Hash: EC700F4AF3B504F5B9A251425194DED8118ED012<br>File Hash:<br>EA795E0C9E3A0949CA60C869B68FBC5AC28A9C7A6CFED4A7EE9D10AE80D730C9 | 09-30-2023 21:32:29 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 7 | Info Hash: F8BC93CFE9F1034FB4684016098888BD759384D3<br>File Hash:<br>7A0F2AB7BFBE69CB0987AF9A377A80E1E10335A609BE03B37AA328A578D52120 | 09-21-2023 09:35:18 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 8 | Info Hash: 774E249BA3A2EA7349E61E1222562EB28637A2F8<br>File Hash:<br>C1C72953AC525F8C5080DA253497B6875ADF516454374E27C673AC294DB0F8BF | 09-16-2023 10:25:57 | Vixen | 09-15-2023 | 10-18-2023 | PA0002435602 |
| 9 | Info Hash: DBBF0D1E5BEBF7D1723D3CFD1F2C5E28DEB89DED<br>File Hash:<br>5F23B5557541376182142E38290E5F6F5B39A84853158B066A7D05781A073C14 | 09-11-2023 22:47:10 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 10 | Info Hash: 6810DDE1ADC5669F48AB834BA41E44DCFCF9E491<br>File Hash:<br>C6E947F22953C931313C2ED8C3EC3EA8B03345A96C38EA5AE71EC1D1F7303F51 | 08-26-2023 20:17:33 | Blacked | 08-26-2023 | 09-18-2023 | PA0002430902 |
| 11 | Info Hash: F682DFBEE6EF45485F282FEB3D208FC5EBF989A2<br>File Hash:<br>51F0B8926051C051BC261B8C290E63F41FF433D3CB081D41C34F057659FEFB3A | 08-19-2023 19:41:29 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 134CA5005507DACA97E9A0F9C61E19B8760A72DE<br>File Hash:<br>07C5D7EA9ABE8E838AB286D59C71AAB8C3A848B809034014A753D8F7F9505733 | 08-05-2023<br>12:30:06 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 13 | Info Hash: 8783B8A3EA2DECE1DFCFEF9A503CDC510C88DC03<br>File Hash:<br>9E4BBD94A723B6C7366C06BBA87E448BDD2C149FD0AD696FE2E3EAB70152CA67 | 07-27-2023<br>14:11:08 | TushyRaw | 07-26-2023 | 08-17-2023 | PA0002425530 |
| 14 | Info Hash: F3DD0E74B9941E8F0FED8FA6E5A681289048C837<br>File Hash:<br>C5AD052A92478944561205C7481922247157221159B334ABE784AFBEAEA5A563 | 07-13-2023<br>03:23:33 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 15 | Info Hash: 48A32C3631C3034F59EB8117AD9B495D0C3F4D04<br>File Hash:<br>3594DF134FCF5F1620EABE8D76D7EC43132CCEEBACF75ABC8D77B0B8F679CB72 | 07-12-2023<br>22:17:40 | TushyRaw | 07-12-2023 | 08-17-2023 | PA0002425538 |
| 16 | Info Hash: E97E4E7EDF62695EE231DFBD79553587D2C699C7<br>File Hash:<br>77901045138AF2AC1F7282E1C6D3EAD3AA64663BCFDEE7ADC228B47EC93D04B7 | 07-08-2023<br>23:13:04 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 17 | Info Hash: C535ECFAC3E2D5E02CBEF9BE4ABB94677793055C<br>File Hash:<br>07E8A4E31AE2DA69DE9C0930EC62485DF37C2C55BB833EF64675FCE169D7DEEC | 07-03-2023<br>22:01:48 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 18 | Info Hash: F39CDCE049E278257484520676EDCC5D87D72135<br>File Hash:<br>51E98FA3244F9A33A20F0538DCE247B34292BA8D099ADEADD95AC2DDC7C09E03 | 06-23-2023<br>22:10:02 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 19 | Info Hash: 87F6360AC851E208FE28E80051C11A5D4AB7B372<br>File Hash:<br>57A5070CE1FDAB45ADC449796F4212665F17393F01FE2B851106C35D101A5AD3 | 06-04-2023<br>00:13:05 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 20 | Info Hash: 3724C501D7A1DA1C70CE7CA6F01C2EBECD38C91A<br>File Hash:<br>0A3603F9A3C8E4D7E6303C987BCD1B298397397166D24070A3DCA8F7EE32D19F | 05-24-2023<br>22:54:30 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 21 | Info Hash: 7BF39A3A1DDC791C77A9329A761C293632340BD4<br>File Hash:<br>986CD7B4A6EA02CC707A8343D0DD9205DC607F89A40472F77D9789FFC5729E24 | 05-13-2023<br>20:50:28 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 22 | Info Hash: F37A59D2C8800474287D6D093A9EA31456C8DDB9<br>File Hash:<br>7304BF5EFCDA0F9C7D3F8D50E862F127E28725828EAB12DD3F037F6408538AFA | 05-01-2023<br>09:10:11 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 23 | Info Hash: B73F8A748C0B454557F9556821101E96CBC45421<br>File Hash:<br>D7ABE1193492B410DBFC1ECE6B2015691F78FB0B7BCB61D29AE3F9D0EC456136 | 04-29-2023<br>21:26:12 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash: 4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 04-19-2023 21:35:53 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 25 | Info Hash: 9719B68EF4A59E9E6E8E163C4060AA3C6788C5B3<br>File Hash: A4788350DD50FD56B048995C518BC764678427F6BA88E7D2ABAD688811D382C5 | 04-16-2023 09:54:32 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 26 | Info Hash: 5C3D2E9C04E4C097755E46668107EFE82259ED24<br>File Hash: 5B0F365C771B791F327D7E5299C9C67AE27A70F8719EA5E4C033F4BA80D648EA | 04-15-2023 23:02:12 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 27 | Info Hash: 55DA38A5CB515EB15AB6780F93371C584857E6A3<br>File Hash: C0968ECD2F1A87EC5D295EAB18ACF6C0D09791BC8BC38F600FDBD1692755D393 | 04-09-2023 22:01:07 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 28 | Info Hash: 9DBC002C5F7B3E055A7C6B8486EFF5415A4D4850<br>File Hash: 5B8960146434E29DCAB101D3495A822B0599EBD46F053B646177461970D3E317 | 03-11-2023 22:51:45 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 29 | Info Hash: 2B39E8BE3264118FDEBF249E0232BAC3E34FF5E1<br>File Hash: 23A28DCCFBB5FE6197214DAA0A95D36F67F4E510BF1C236306CA781FE9EAE24B | 03-10-2023 22:23:38 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 30 | Info Hash: 606C7B21DCDBC1B4B4C0CB26F86F949E1A2A9F7C<br>File Hash: 69336AF235430966C8BADAD34B83DCAAF6C8DE4FC01D7E20E1E4AA38CBA27319 | 03-08-2023 03:58:00 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 31 | Info Hash: 6E8136B9A7BEB4A525F418336A8E1680BA82BA11<br>File Hash: E3C866852AB6C01934F3C35E7FE4DC76219ABE57422A45820D768A90589155E5 | 03-07-2023 04:07:56 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 32 | Info Hash: C69C44B67757C72F12CDE95F5A934621F56D798B<br>File Hash: 366BBBABC1BC4B473F9BBF002181303BBEC80DA36CFFBA11D7C8767B6938FAFB | 03-04-2023 21:21:51 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 33 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash: 407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 01-28-2023 19:25:04 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 34 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash: 46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01-24-2023 22:03:54 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 35 | Info Hash: AAF6DC5BA0AAD0F77A198B232E0C43C4BEA81F4D<br>File Hash: 6A89B7B84A8C79E6EE497AC846DDCDFD695453F7145682CFA6F97A2C338AC2C8 | 01-24-2023 20:18:19 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
| --- | --- | --- | --- | --- | --- | --- |
| 36 | Info Hash: 0BC27B470E33E6B97166ADC6BC74650A0C72AC6A<br>File Hash: 7CB3D172D6CC0922236F5DB5BA2336D4DCC99A13CCAE90E9A54C3C5B25082AB1 | 01-24-2023 20:17:53 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 37 | Info Hash: 810FDED30A77B13317E81CAA1CA8B22884A21FDE<br>File Hash: F5F264E9E000C0898E378A4EAD807212601F271326CF6F8818DD3114E4F5F54B | 12-20-2022 21:42:40 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 38 | Info Hash: 5582D8CFB1D71E6916B0A97394B6FDBFB366FC85<br>File Hash: D7E29EBBA5C65F935EE13DDD712C95B0B7705C2F81C2F77AE433F65DA7763E5F | 12-16-2022 20:10:22 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 39 | Info Hash: 808D0DACC7E9FBB35EE771957354DFF788D34F47<br>File Hash: C1168F6A49577C2D26E15D18ED3F1EDE7096F3EAAD0B5A53F4CACE7672C77937 | 12-11-2022 22:58:33 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 40 | Info Hash: 2A2B6D4FC7555F0485AF36913E8E2461540B7028<br>File Hash: 9070D39DB678FA919EA3B7B2209AA4F562B407E5965EA0272C9D2C0DA53E6BE4 | 11-20-2022 22:24:59 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 41 | Info Hash: 28308AACB8CD12E2701D962C38343C7FD4EF1A47<br>File Hash: B0A1A4763F0E5B2DCB7291CA97C87AD1EA6523F0719C4A0BC35F6E78C2E389C8 | 11-17-2022 19:13:15 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |