**Location:** Trenton, NJ

**Total Works Infringed:** 41

**IP Address:** 69.120.72.158

**ISP:** Optimum Online

| PA Number | Dockets |
|---|---|
| PA0002439611 | 23-22552;23-22547;23-22546 |
| PA0002439619 | 23-22548;23-22547;23-22546 |
| PA0002439582 | 23-22548;23-22547;23-22546;23-22539 |
| PA0002439573 | 23-22548;23-22547;23-22546;23-22539 |
| PA0002435308 | 23-22552;23-22548;23-22547;23-22546;23-22538;23-21503;23-21505;23-21495;23-21500 |
| PA0002435266 | 23-22547;23-22546;23-22539;23-21493;23-21505;23-21496;23-21500 |
| PA0002435281 | 23-22548;23-22546;23-22541;23-22539;23-21505 |
| PA0002435602 | 23-22552;23-22550;23-22546;23-22545;23-21493;23-21505;23-21508 |
| PA0002430897 | 23-22548;23-22547;23-22546;23-22541;23-22539;23-21493;23-21505;23-21500 |
| PA0002430902 | 23-22547;23-22546;23-22539;23-21493;23-20616;23-21496;23-21494;23-21500 |
| PA0002430893 | 23-22546;23-22541;23-22539;23-21493;23-20616;23-21505;23-21496;23-21495;23-21500 |
| PA0002425764 | 23-22539;23-21502;23-08119;23-08200;23-21505;23-21496;23-21509;23-20620 |
| PA0002425530 | 23-22548;23-22542;23-20626;23-20616;23-21501;23-21505 |
| PA0002420345 | 23-22548;23-22547;23-22539;23-04000;23-08119;23-21493;23-20616;23-21505;23-21496 |
| PA0002425538 | 23-22550;23-22549;23-22548;23-22538;23-21487;23-21493;23-21501;23-21506;23-21505;23-21492 |
| PA0002420354 | 23-22539;23-08119;23-20622;23-21505;23-21508 |
| PA0002420355 | 23-22548;23-22547;23-22539;23-04000;23-08119;23-21512;23-20622;23-08154;23-20616;23-21509;23-21508 |

| PA Number | Dockets |
|---|---|
| PA0002420356 | 23-22547;23-22539;23-04000;23-21497;23-03998;23-21512;23-20616;23-21509;23-21508 |
| PA0002415371 | 23-22548;23-22547;23-22542;23-21502;23-04000;23-21497;23-03998;23-21506;23-21505;23-21496;23-21509;23-04004;23-04001;23-21508 |
| PA0002415389 | 23-22549;23-22548;23-22547;23-04000;23-21497;23-20617;23-21493;23-03998;23-08215;23-21503;23-21506;23-21505;23-21509;23-21495;23-04004;23-04001;23-03351;23-20618;23-20624;23-08248 |
| PA0002415384 | 23-22545;23-22541;23-21502;23-04000;23-08124;23-03998;23-21503;23-03349;23-21506;23-21505;23-03353;23-21495;23-20618;23-08248;23-03358 |
| PA0002405750 | 23-22547;23-22546;23-22543;23-02785;23-08215;23-02796;23-02798 |
| PA0002411313 | 23-22548;23-22547;23-22546;23-04000;23-21497;23-21493;23-02797;23-21512;23-08154;23-02796;23-21506;23-21505;23-21494;23-08267;23-02798;23-03352;23-03358 |
| PA0002411264 | 23-22553;23-22551;23-22547;23-22546;23-02788;23-21497;23-03998;23-21503;23-03354;23-02796;23-21505;23-02799;23-02784;23-03351;23-20618 |
| PA0002411257 | 23-22553;23-22548;23-22547;23-22546;23-22539;23-02785;23-20617;23-21493;23-21503;23-21506;23-02802;23-21509;23-02799;23-20618;23-03358 |
| PA0002411295 | 23-22552;23-22547;23-04000;23-21497;23-21512;23-21503;23-02798;23-02784 |
| PA0002411278 | 23-22549;23-22548;23-22547;23-22546;23-21497;23-21493;23-03998;23-20616;23-02796;23-21505;23-21496;23-21509;23-02799;23-02798;23-20618;23-20624 |
| PA0002405763 | 23-22547;23-22546;23-22542;23-02785;23-08124;23-08099;23-21497;23-02797;23-21512;23-21503;23-02796;23-03353;23-03993;23-02798;23-04001;23-03351;23-20618;23-21508;23-20624;23-02151 |
| PA0002405760 | 23-22547;23-22546;23-22542;23-21497;23-21493;23-02796;23-02799;23-02798;23-02784;23-21495;23-03351;23-02151 |
| PA0002169963 | 21-18172;20-10208;19-16396;19-14077;23-08200;19-14074;19-14007;19-14005;22-00342;22-00325;20-10219;19-14088;19-14085;22-04889;20-14414;22-04427;22-03363;20-20173;22-04885;22-01077;20-10207;19-14013;20-20179;20-20174;20-14325;19-14016;19-14071;22-07303;19-14083;19-14080;22-05998;19-16096;21-00545;21-00543;22-02735;21-20541 |

| PA Number | Dockets |
|---|---|
| PA0002405735 | 23-22547;23-22546;23-22543;23-22542;23-22538;23-02797;23-02799;23-02784;23-20618;23-08248 |
| PA0002405754 | 23-22551;23-22547;23-22546;23-22538;23-21502;23-02785;23-21493;23-02152;23-21503;23-02796;23-21506;23-08091;23-02799;23-02801;23-20618;23-21500 |
| PA0002400316 | 23-22547;23-22546;23-22537;23-01427;23-01426;23-01403;23-02802;23-01434;23-02144;23-04008;23-02784;23-01412;23-01432;23-20624 |
| PA0002393078 | 23-22553;23-22547;23-21502;23-21497;23-21493;23-01427;23-21512;23-20626;23-21503;23-01403;23-03359;23-02798;23-00703;23-20618;23-21508;23-20624 |
| PA0002393081 | 23-22547;23-22546;23-22541;23-00706;23-21493;23-01427;23-01413;23-01425;23-00707;23-21496;23-02144;23-02798;23-08180;23-01412 |
| PA0002393074 | 23-22547;23-22546;23-22542;23-00718;23-21493;23-03998;23-01427;23-08154;23-02800;23-01428;23-01426;23-02796;23-00707;23-02144;23-01406;23-02784;23-01404;23-08180;23-01412;23-21508 |
| PA0002389608 | 23-08107;23-00706;23-01402;23-00238;23-21497;23-00244;23-03998;23-02797;23-01413;23-00704;23-20626;23-02800;23-00261;23-21503;23-03354;23-00717;23-00257;23-01403;23-03359;23-01406;23-03355;23-02798;23-00239;23-04001;23-01411;23-20624;23-08248 |
| PA0002389621 | 23-22553;23-22547;23-22537;23-00706;23-21491;23-00716;23-02146;23-00704;23-02152;23-01426;23-21503;23-02145;23-00259;23-00707;23-01435;23-00720;23-00703;23-00239 |
| PA0002389623 | 23-22547;23-00255;23-00243;23-00246;23-01402;23-00238;23-21493;23-02797;23-01413;23-00704;23-21503;23-21501;23-00708;23-01403;23-01435;23-00720;23-01409;23-00247;23-21488;23-00703;23-00239;23-08180;23-20624 |
| PA0002384693 | 23-00706;23-21491;23-00238;23-21497;23-00244;22-07576;23-21493;23-00704;22-07587;22-07589;23-01426;23-01414;23-02145;23-00707;23-21506;23-01434;22-07575;23-21494;23-04008;23-04004;23-01412;22-07580;23-03352;23-01432;23-20624;23-08248;23-00262;22-07578 |
| PA0002384724 | 23-22549;23-22537;23-08107;23-00238;23-00244;22-07576;23-21493;23-00704;23-20626;23-02800;23-01426;22-07583;23-00717;23-21505;23-03359;23-01434;23-02144;22-07575;23-01410;23-02799;23-01404;23-00242;22-07580;23-08248 |